THE STATE v. GEORGE B. REED, Appellant.

**Division Two, November 19, 1907.**

**APPEAL DISMISSED.** A formal dismissal of the appeal by defendant and his attorney leaves the judgment of the circuit court in full force and effect.

Appeal from Butler Circuit Court.—*Hon. W. N. Evans,* Special Judge.

APPEAL DISMISSED.

GANTT, J.—A prosecution was commenced by the prosecuting attorney of Butler county by information against the defendant for an assault with intent to kill Judge Jesse C. Sheppard, on December 3, 1906. Judge W. N. Evans of an adjoining circuit was called in to try the cause, on account of the disqualification of Judge Sheppard. Defendant was duly arraigned and pleaded not guilty, was tried and convicted and his sentence assessed at two years in the penitentiary and he was sentenced accordingly. From that sentence he appealed to this court but after the cause had been briefed for the State the defendant and his attorney filed a formal dismissal of his appeal, thus leaving the judgment of the circuit court in full force and effect.

*Fox, P. J.,* and *Burgess, J.,* concur.